## SHARP v. SINNICKSON.

On a *habeas corpus* brought after interlocutory judgment and notice of inquiry, *procedendo* will be ordered.

This cause had been removed by *habeas corpus*, and now, on motion that a *procedendo* should issue, the *habeas corpus* not having been brought until after interlocutory judgment and notice of inquiry served—

*Leake* showed cause, and cited 1 *Salk.* 352; *Cox* v. *Hart,* 2 *Burr.* 758, 9; 3 *Bac. Ab.* 15; *Cates* v. *West,* 2 *T. R.* 183.

PER CUR. Let a *procedendo* issue.

SMITH, J., dissenting.